IN THE DISTRICT COURT IN AND FOR WAGONER COUNTY,
STATE OF OKLAHOMA

| | | |
|---|---|---|
| EILEEN COONCE, | ) WAGONER COUNTY, OKLAHOMA<br>) FILED IN DISTRICT COURT | |
| Plaintiff, | ) MAY 9 - 2017<br>) JAMES E. HIGH<br>) COURT CLERK | |
| vs. | ) | Case No. CJ-15-293 |
| | ) | Judge Darrell Shepherd |
| AUTOMOBILE CLUB OF AMERICA<br>AAA FIRE & CASUALTY INSURANCE<br>COMPANY CSAA FIRE & CASUALTY<br>INSURANCE COMPANY | )<br>)<br>)<br>) | |
| Defendants. | ) | |

## AMENDED PETITION

**COMES NOW** the Plaintiff, Eileen Coonce, by and through her attorneys of record, Mark Stanley of Stanley, Myers & Morgan and for her cause of action against the Defendant alleges and states as follows:

1. At all times hereinafter mentioned, the Plaintiff was and is a resident of Wagoner County, State of Oklahoma.

2. That at all times hereinafter mentioned, the Defendant Automobile of America, is an insurance company licensed under the laws of Indiana and doing business in Wagoner County, State of Oklahoma.

3. That at all times hereinafter mentioned, the Defendant AAA Fire & Casualty Insurance Company, is an insurance company licensed under the laws of Indiana and doing business in Wagoner County, State of Oklahoma.

4. That at all times hereinafter mentioned, the Defendant CSAA Fire & Casualty Insurance Company, is an insurance company licensed under the laws of Indiana and doing business in Wagoner County, State of Oklahoma.


EXHIBIT 1

5. That this action arises out of contract entered in Wagoner County, State of Oklahoma.

6. This Court has jurisdiction of the parties hereto and the subject matter hereof.

7. That Plaintiff was the beneficiary of a home owners' insurance policy issued by the Defendant Automobile Club of America.

8. That Plaintiff was the beneficiary of a home owners' insurance policy issued by the Defendant AAA Fire & Casualty Insurance Company.

9. That Plaintiff was the beneficiary of a home owners' insurance policy issued by the Defendant CSAA Fire & Casualty Insurance Company.

10. That on or about the 15th day of February 2014, Plaintiff sustained damage to her residence resulting in property damage.

11. That thereafter Defendant Automobile Club of America has breached the home owner's insurance policy contract herein. Such breach was a bad faith breach.

12. That thereafter Defendant AAA Fire & Casualty Insurance Company has breached the home owner's insurance policy contract herein. Such breach was a bad faith breach.

13. That thereafter Defendant CSAA Fire & Casualty Insurance Company has breached the home owner's insurance policy contract herein. Such breach was a bad faith breach.

**WHEREFORE PREMISES CONSIDERED**, Plaintiff prays that she have and recover a judgment against the Defendants, in an amount exceeding the jurisdictional limits of 28 U.S.C. § 1332, together with interests, costs, and a reasonable attorney fee.

Respectfully submitted,

/s/ Mark S. Stanley

MARK S. STANLEY, OBA #11528
1516 South Boston Avenue, Suite 116
Tulsa, OK 74119
Telephone: (918) 584-2450
Facsimile: (918) 584-2430
*Attorney for Plaintiff*