# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EILEEN COONCE,<br><br>    Plaintiff,<br><br>v.<br><br>AUTOMOBILE CLUB OF AMERICA, et al.,<br><br>    Defendants. | Case No. CIV-17-279-RAW |

## JUDGMENT

Pursuant to Rule 58 F.R.Cv.P. and the order entered contemporaneously, this action is hereby dismissed.

**IT IS SO ORDERED** this 12th day of DECEMBER, 2017.

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**