IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EILEEN COONCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-17-279-RAW |
| | ) |
| AUTOMOBILE CLUB OF AMERICA; | ) |
| AAA FIRE & CASUALTY INSURANCE | ) |
| COMPANY; and CSAA FIRE & | ) |
| CASUALTY INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

**FINDINGS AND RECOMMENDATION**

This matter comes before this Court on Defendant CSAA's Motion to Determine Appellate Attorneys' Fees (Docket Entry #48). By Order entered October 25, 2018, United States District Judge Ronald A. White, the judge presiding over this case, referred the subject Motion to the undersigned for the entry of Findings and a Recommendation as to its disposition.

Plaintiff initiated this case in the District Court in and for Wagoner County, Oklahoma on August 24, 2015 alleging a breach of an insurance contract with Defendant CSAA Fire and Casualty Insurance Company ("CSAA") and breach of the implied duty of good faith and fair dealing. The remaining Defendants were never served. The action was removed to this Court on July 17, 2017.

On December 12, 2017, the District Court entered an Order granting CSAA's Motion to Dismiss and entered judgment in CSAA's favor. The Order and Judgment was appealed to the United States Court of Appeals for the Tenth Circuit which ultimately affirmed

the District Court's Order and Judgment. CSAA sought its appellate attorney's fees and costs before the Tenth Circuit which directed CSAA to show cause as to why it was entitled to the fees under Okla. Stat. tit. 36, § 3629(B). Having been satisfied by CSAA's filing that it met the prerequisites for seeking fees under the cited statute, the Tenth Circuit awarded CSAA its appellate attorney's fees on October 15, 2018 but remanded the determination of the amount of the fees that were reasonably and necessarily incurred to the District Court. To that end, CSAA filed the subject Motion to Determine Appellate Attorneys' Fees on October 25, 2018. On remand, United States District Judge Ronald A. White referred the Motion to the undersigned for the entry of Findings and a Recommendation.

In accordance with this Court's local rules, a response to CSAA's Motion was required to be filed by November 8, 2018. EDOK LCvR 7.1(d). Plaintiff failed to file a response or otherwise seek an extension of the deadline to do so within the time required by the local rules. As a result, the Motion is found to be "unopposed" and deemed confessed. Id.

Further, this Court has independently reviewed the Affidavit of James N. Edmonds as well as the accompanying time and expense records appended to the Motion. While the time and expense records reflect an incurred fee of $7,707.50, CSAA's counsel has voluntarily reduced the amount requested to $7,037.50, exercising

2

billing judgment.  Counsel employed the uniformly adopted lodestar calculation to arrive at the fee request with the reasonableness of the hourly rates attested to by Affidavit.  *See* <u>Chieftain Royalty Co. v. Enervest Energy Institutional Fund XIII-A, L.P.</u>, 888 F.3d 455, 458-59 (10th Cir. 2010).  As a result, this Court would recommend that the fee request be granted as filed.

BASED UPON THE FOREGOING, IT IS THE RECOMMENDATION OF THE UNDERSIGNED that Defendant CSAA's Motion to Determine Appellate Attorneys' Fees (Docket Entry #48) be **GRANTED** and that appellate attorney fees be awarded to CSAA in the amount of $7,037.50.  The Court would also note that on this date CSAA filed a Motion to Deem Confessed Its Motion to Determine Appellate Attorneys' Fees (Docket Entry #50) but that the Motion should be rendered moot by the entry of these Findings and Recommendation.

The parties are herewith given fourteen (14) days from the date of the service of these Findings and Recommendation to file with the Clerk of the court any objections, with supporting brief.  Failure to object to the Findings and Recommendation within fourteen (14) days will preclude appellate review of the findings made herein.

IT IS SO ENTERED this 11th day of January, 2019.

_____
KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE