# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

**EILEEN COONCE,**

       Plaintiff,

v.                                          Case No. CIV-17-279-RAW

**AUTOMOBILE CLUB OF AMERICA,**
et al,

       Defendants.

## ORDER

On January 11, 2019, Magistrate Judge West entered Findings and Recommendation. The recommendation was that defendant CSAA's motion to determine appellate attorneys' fees be granted and that appellate attorneys' fees be awarded to CSAA in the amount of $7,037.50. No objection has been filed.

It is the order of the court that the Findings and Recommendation (#51) are hereby affirmed and adopted. The motion to determine appellate attorney fees (#48) is hereby granted, and such fees are awarded to defendant CSAA Fire & Casualty Insurance Company in the amount of $7,037.50. The same defendant's motion to deem the previous motion confessed (#50) is deemed moot. The motion to set asset hearing (#53) is hereby referred to the United States Magistrate Judge.

**IT IS SO ORDERED** this 4th day of FEBRUARY, 2019.

_____
Ronald A. White
United States District Judge
Eastern District of Oklahoma