IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EILEEN COONCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-17-279-RAW |
| ) | |
| AUTOMOBILE CLUB OF AMERICA; ) | |
| AAA FIRE & CASUALTY INSURANCE ) | |
| COMPANY; and CSAA FIRE & CASUALTY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

**ORDER DIRECTING JUDGMENT DEBTOR TO ATTEND ASSET HEARING AND
ENJOINING JUDGMENT DEBTOR FROM ALIENATING PROPERTY**

This matter is before the Court on the Motion of Defendant/Judgment Creditor, CSAA Fire & Casualty Insurance Company's ("CSAA") Motion to Set Asset Hearing (Docket Entry #53). Within the Motion, CSAA requests an Order directing Plaintiff/Judgment Debtor to attend an asset hearing and enjoining Judgment Debtor from transferring property.

With the foregoing premises carefully considered, this Court finds:

1. Defendant/Judgment Creditor CSAA was awarded attorney's fees in the amount of $13,273.00, as well as litigation expenses in the amount of $467.13, against Plaintiff Eileen Coonce. (Docket Entry #41). Additionally, Defendant/Judgment Creditor CSAA was awarded appellate attorneys' fees in the amount of $7,037.50. (Docket Entry #54).

2. These awards have not been satisfied.

3. The Court further finds that Plaintiff/ Judgment Debtor may own nonexempt property which could be used to satisfy the judgment and that said property should not be transferred before Plaintiff/Judgment Debtor attends an asset hearing.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

1. The Motion of Defendant/Judgment Creditor, CSAA Fire & Casualty Insurance Company's Motion to Set Asset Hearing (Docket Entry #53) is hereby **GRANTED.**

2. Plaintiff/Judgment Debtor, Eileen Coonce, shall appear on the **28th day of February, 2019, at 10:00 a.m.**, in Room 430, in the United States Courthouse, located at 101 North 5th Street, Muskogee, Oklahoma, 74401, and she shall answer, under oath, the questions of Defendant/Judgment Creditor concerning property that may be used to satisfy the judgments in this action.

3. Plaintiff/Judgment Debtor shall bring to the asset hearing the following documents:

    A. Records of income for the past two years;

    B. Bank statements for the past two years;

    C. Income tax return copies for the past two years;

    D. Legal description and/or deeds of all real estate owned;

    E. Automobile titles;

2

    F. Accounting books of any business owned;

    G. Stocks, bonds, and securities owned;

    H. Safe deposit box information, if any;

    I. Records of any and all other property owned or that is held in trust by another on your behalf;

    J. Contracts, business records, or other documents showing ownership of an interest in any business.

4. Plaintiff/Judgment Debtor shall not alienate, conceal, or encumber any nonexempt property until the asset hearing and further Order of this Court.

IT IS SO ORDERED this 5th day of February, 2019.

*[signature]*

_____
UNITED STATES MAGISTRATE JUDGE